# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **MHSH HOLDINGS, LLC, DFW GROUP 4 INVESTMENTS, LLC, JST VB PROCEEDS, LLC, AND BREZAN LEWISVILLE HOLDINGS, LLC,** § § § § § | |
| PLAINTIFF(S) § § | |
| VS. § § § | CIVIL ACTION NO. 4:21-CV-00022-SDJ-CAN |
| **CERTAIN UWS AT LLOYD'S/MSF PRITCHARD SYNDICATE 318, ENDURANCE WORLDWIDE INSURANCE LIMITED, SCOTTSDALE INSURANCE COMPANY, ASPEN INSURANCE UK LIMITED, AND XL/INDIAN HARBOR INSURANCE COMPANY,** § § § § § § § § § § § | |
| DEFENDANT(S) § | |

**PLAINTIFFS MHSH HOLDINGS, LLC, DFW GROUP 4 INVESTMENTS, LLC, JST VB PROCEEDS, LLC, AND BREZAN LEWISVILLE HOLDINGS, LLC AND DEFENDANTS CERTAIN UNDERWRITERS AT LLOYD'S, LONDON INCLUDING MSF PRITCHARD SYNDICATE 318, ENDURANCE WORLDWIDE INSURANCE LIMITED, SCOTTSDALE INSURANCE COMPANY, ASPEN INSURANCE UK LIMITED, AND XL/ INDIAN HARBOR INSURANCE COMPANY'S JOINT AGREED MOTION TO DISMISS WITH PREJUDICE**

COMES NOW Plaintiffs MHSH Holdings, LLC, DFW Group 4 Investments, LLC, JST VB Proceeds, LLC, and Brezan Lewisville Holdings, LLC (collectively "Plaintiffs") and Defendants Certain Underwriters at Lloyd's, London including MSF Pritchard Syndicate 318, Endurance Worldwide Insurance Limited, Scottsdale Insurance Company, Aspen Insurance UK Limited, and XL/Indian Harbor Insurance Company ("XL") (collectively "Defendants") (referred to herein as the "Parties") who file this Joint Agreed Motion to Dismiss with Prejudice. Plaintiffs state that they no longer wish to pursue any claims and/or causes of action alleged against

Defendants in their Original Complaint [Doc. 1] and/or Amended Complaint [Doc. 5]. Therefore, the Parties request that this Court sign and file the Order Granting the Parties' Joint Agreed Motion to Dismiss with Prejudice filed contemporaneously with this motion, dismissing with prejudice all claims and/or causes of actions asserted by Plaintiffs in this lawsuit against Defendants and order that all attorneys' fees, court costs and expenses shall be borne by the party incurring same.

    Respectfully submitted,

    **SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP**

    By: */s/ Stephen R. Wedemeyer*
        **Stephen R. Wedemeyer** (attorney-in-charge)
        Texas State Bar No. 00794832
        swedemeyer@shackelford.law
        **Matthew Foytlin**
        Texas State Bar No. 26062566
        mfoytlin@shackelford.law
        717 Texas Avenue, 27th Floor
        Houston, Texas 77002
        Phone: (832) 415-1801
        Fax: (832) 415-1095

    **ATTORNEYS FOR DEFENDANT(S)**
    **CERTAIN UWS AT LLOYD'S/MSF PRITCHARD SYNDICATE 318, ENDURANCE WORLDWIDE INSURANCE LIMITED, ASPEN INSURANCE UK LIMITED, AND XL/INDIAN HARBOR INSURANCE COMPANY**

-AND-

**THOMPSON, COE, COUSINS & IRONS, LLP**

By: */s/ George H. Arnold (with permission)*
    **George H. Arnold**
    Texas Bar No. 00783559
    garnold@thompsoncoe.com
    **Susan Sparks Usery**
    Texas Bar No. 18880100
    susery@thompsoncoe.com
    One Riverway, Suite 1400
    Houston, TX 77056
    Phone: (713) 403-8210
    Fax: (713) 403-8299

**ATTORNEYS FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY**

-AND-

**BELL NUNNALLY & MARTIN LLP**

By: */s/ Kartik R. Singapura (with permission)*
    **Kartik R. Singapura**
    Texas Bar No. 24083863
    ksingapura@bellnunnally.com
    2323 Ross Avenue, Suite 1900
    Dallas, TX 75201
    Phone: (214) 740-1400
    Fax: (214) 740-1499

**ATTORNEYS FOR MHSH HOLDINGS, LLC, DFW GROUP 4 INVESTMENTS, LLC, JST VB PROCEEDS, LLC, AND BREZAN LEWISVILLE HOLDINGS, LLC**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 8th day of October, 2021.

**Kartik R. Singapura**
ksingapura@bellnunnally.com
**BELL NUNNALLY & MARTIN LLP**
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

**George H. Arnold**
garnold@thompsoncoe.com
**Susan Sparks Usery**
susery@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, LLP**
One Riverway, Suite 1400
Houston, TX 77056

                                                */s/ Stephen R. Wedemeyer*
                                                Stephen R. Wedemeyer